# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| Field | Value |
|---|---|
| 9th Circuit Case Number(s): | 16-15255 |
| District Court/Agency Case Number(s): | 2:14-cv-01856-JAM-AC |
| District Court/Agency Location: | U.S. District Court for the Eastern District of California |
| Case Name: | Safari Club International v. Kamala Harris, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 37,57,63 |
| Name of party/parties submitting this form: | Safari Club International |

Please briefly describe the dispute that gave rise to this lawsuit.

In 1991, California, through a voter initiative, banned the importation of mountain lions legally hunted outside of California. This lawsuit challenges the constitutionality of that law, based on the Commerce and Equal Protection Clauses. Safari Club International seeks a ruling that would overturn the ban on the importation, possession, and transportation of mountain lions hunted outside of California.

Briefly describe the result below and the main issues on appeal.

The district court granted a motion to dismiss filed by the State Defendants. The court found that Plaintiff Safari Club International had not stated a claim under either the Commerce Clause or Equal Protection Clause. The main issue on appeal will be whether Safari Club International alleged sufficient facts in its complaint to establish a claim under these two constitutional clauses and the relevant case law.

Describe any proceedings remaining below or any related proceedings in other tribunals.

None of which Safari Club International is aware.

> Provide any other thoughts you would like to bring to the attention of the mediator.

> In Safari Club International's opinion, this case is not well suited for mediation. The State itself lacks the authority to set aside the ban on importation, possession and transportation of mountain lions hunted outside of California. The voter initiative can only be changed by a 4/5 majority of the legislature. Safari Club International sees no remedy short of setting aside the ban that would redress its injuries or cause it to abandon this appeal.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/Douglas S. Burdin

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Safari Club International

**Note:** Use of the CM/ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in CM/ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into CM/ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL | ) ) ) |
| Appellant, | ) ) Case No. 16-15255 |
| v. | ) ) ) |
| KAMALA D. HARRIS, et al. | ) ) ) |
| Appellees. | ) ) |
| _____ | ) |

**APPELLANT SAFARI CLUB INTERNATIONAL'S**
**REPRESENTATION STATEMENT**

Pursuant to Fed. R. App. P. 12 and Circuit Rule 3-2, Appellant Safari Club International submits this statement containing a current service list of counsel in this case, including those who participated in the district court.

Douglas S. Burdin, Esq.
Anna M. Seidman, Esq.
Jeremy E. Clare, Esq.
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
jclare@safariclub.org

Linda J. Linton, Esq.
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881
Facsimile: (775) 333-0877
llinton@lintonlegal.com

Alexandra Robert Gordon, Esq.
CA. Dept. of Justice
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
Telephone: (415) 703-5509
Facsimile: (415) 703-1234
alexandra.robertgordon@doj.ca.gov

Dated this 23rd day of February, 2016.

                                                Respectfully submitted,

                                                /s/ Douglas S. Burdin
                                                Douglas S. Burdin, Esq.
                                                Safari Club International
                                                501 2nd Street N.E.
                                                Washington, D. C. 20002
                                                Telephone: (202) 543-8733
                                                Facsimile: (202) 543-1205
                                                dburdin@safariclub.org

                                                Counsel for Appellant
                                                Safari Club International