Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number*(s)*   16-15255

Case Name:   Safari Club International   v.   Kamela Harris, et al

List the name(s) of the party or parties you are representing:   Safari Club International

☒ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☐ Appellee   ☐ Respondent  ☐ Intervenor    ☐ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*:

Name   Linda J. Linton

Firm/Office   Linton & Associates, P.C.

Address   6900 S McCarran Blvd., Suite 2040

City   Reno   State   NV   Zip Code   89509

Email                Re-enter Email

Phone Number *(including area code)*   775-333-0881

Signature *(use "s/" format)*   /s/Linda J. Linton   Date   02/24/2016

| 9th Circuit Case Number(s) | 16-15255 |
|---|---|

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* 3/1/2016 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* /s/Linda J. Linton

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*